## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| CHRIS CATHEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | ) |
| Defendant. | ) |

### NOTICE OF REMOVAL

To:   Judges of the United States District Court for the Southern District of Indiana

Defendant, Portfolio Recovery Associates, LLC ("PRA"), by and through its attorneys David M. Schultz and Brandon S. Stein, and for its Notice of Removal pursuant to 28 U.S.C. §1441(a) and 1446, and in support thereof, state as follows:

1. On or about December 15, 2016, Plaintiff Chris Cathey filed a complaint against PRA in the Clark County Circuit Court of Indiana. Defendant was served with the summons and complaint on January 23, 2017. A copy of the summons and complaint is attached hereto and incorporated herein by reference as Exhibit A.

2. Copies of the above mentioned summons and complaint constitute true and correct copies of all process, pleadings and orders.

3. The complaint asserts federal causes of action against PRA for purported violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA").

4. This Notice was filed with the Clerk of the United States District Court within thirty (30) days after service of the complaint upon the Defendant.  28 U.S.C. §1446(b).

5. 28 U.S.C. §1441(b) provides as follows:

(b) Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties. Any other such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the state in which such action is brought.

6. The United States District Court for the Southern District of Indiana has jurisdiction over the Plaintiff's claim due to the fact that the allegations against PRA contained in his complaint arise under the Constitution, laws or treaties of the United States. 28 U.S.C. §1331.

7. In the Complaint, Plaintiff alleges that PRA called him using an automatic telephone dialing system ("ATDS") on his cellular phone 25-50 times in an attempt to collect a Capital One debt, and that the calls made contained a pre-recorded voice. Plaintiff alleges that these calls were made without his prior express consent, or in the alternative, that calls were made after Plaintiff revoked his consent to receive calls.

8. Plaintiff alleges that PRA violated the TCPA and seeks an injunction, as well as damages, and attorneys' fees and costs.

9. The Plaintiff's complaint invokes federal question jurisdiction because the allegations involve claims under the TCPA, 47 U.S.C. §227 *et. seq*.

WHEREFORE, the Defendant, Portfolio Recovery Associates, LLC, respectfully requests that this case proceed in this court as an action properly removed to it.

    Respectfully submitted,

    PORTFOLIO RECOVERY ASSOCIATES, LLC, Defendant

    */s/ Brandon S. Stein*

3

Brandon S. Stein
David M. Schultz
Hinshaw & Culbertson LLP
222 North LaSalle, Suite 300
Chicago, IL 606001
Tel: 312-704-3000
E-mail: bstein@hinshawlaw.com
E-mail: dschultz@hinshawlaw.com